| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action - Plaintiff | | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringe-ment |
| 1. WB MUSIC CORP., AIN'T NOTHING BUT FUNKIN' MUSIC, MUSIC OF WINDSWEPT, BLOTTER MUSIC, ELVIS MAMBO MUSIC | | IN DA CLUB | CURTIS JAMES JACKSON P/K/A 50 CENT, ANDRE ROMELL YOUNG P/K/A DR. DRE, MICHAEL A. ELIZONDO, JR. | 2/6/03 | PA 1-147-468 | 8/25/06 |
| 2. BROOKLYN DUST MUSIC, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. | | BRASS MONKEY | ADAM HOROVITZ, ADAM YAUCH, MICHAEL DIAMOND AND RICK RUBIN | 10/27/86 | PA 344-520 | 8/25/06 |
| 3. SONY/ATV TUNES LLC, DIMENSIONAL MUSIC OF 1091 | | WHEN THE SUN GOES DOWN. | BRETT JAMES | 2/3/04 | PA 1-213-501 | 3/1/07 |
| 4. HICKORY GROVE MUSIC | | LONGER | DANIEL FOGELBERG | CONTAINED IN FOLIO "DAN FOGELBERG - COMPLETE SONGS VOLUME I" 11/9/79 | PA 90-047 | 3/1/07 |
| 5. SONY/ATV TUNES, LLC, ISLANDSOUL MUSIC | | OLD BLUE CHAIR | KENNY CHESNEY | 2/3/04 | PA 1-213-500 | 3/1/07 |

SCHEDULE "A"